# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM MARK ELLIOTT, )<br>)<br>Defendant. )<br>) | Case No.  07CR010-01D |

## MINUTE ORDER

**Minute Order entered by Honorable William F Downes**

The Court, having heard and considered the Defendant's Motion for Review of Detention during the motion hearing held on February 23, 2007;
SO ORDERS:

There are no conditions or combination of conditions that exist to guarantee the defendant's safety or the safety of the community.  Defendant's motion, therefore, is DENIED.  The defendant will remain in custody pending his jury trial.

DATED this 23rd day of February, 2007.

        Honorable William F. Downes
        Chief, U.S. District Judge

        By _____
        Helene, Ellis  Deputy Clerk

To:
FPD - Loretta Green         US Atty's Office - Casper
Defendant through counsel         USMS - Cheyenne/Casper
AUSA - Darrell Fun         USPO - Cheyenne/Casper